RECEIVED

JUN - 5 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**JOSEPH JACQUET**                              **CIVIL ACTION NO. 6:12-cv-0403**
     **LA. DOC #118386**
**VS.**                                                        **SECTION P**

                                     **JUDGE REBECCA F. DOHERTY**

**WARDEN LYNN COOPER**                **MAGISTRATE JUDGE C. MICHAEL HILL**

**JUDGMENT**

      For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

      **IT IS ORDERED** that the instant petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 be deemed successive and **DISMISSED** for lack of jurisdiction.

      **THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___5___ day of

_____June_____, 2012.

                                          **REBECCA F. DOHERTY**
                                          **UNITED STATES DISTRICT JUDGE**