RECEIVED

JUN - 5 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH JACQUET<br>LA. DOC #118386 | CIVIL ACTION NO. 6:12-0403<br>SECTION P |
| VERSUS | JUDGE DOHERTY |
| WARDEN LYNN COOPER | MAGISTRATE JUDGE HILL |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____     The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 5 day of _____, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE